**FILED**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NOV 12 2014

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:  )
        )
        )                                    Case No. 11 B 46642
MICHAEL'S CARPENTRY, INC.,   )
        )
        )
        )                                    Chapter 7
        )
Debtor. )
        )

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER GRANTING APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C., ACCOUNTANT FOR TRUSTEE, FOR ALLOWANCE OF THIRD INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $2,802.60 | TOTAL COSTS REQUESTED: | $9.94 |
| TOTAL FEES REDUCED:   | $43.40    | TOTAL COSTS REDUCED:   | $0.00 |
| TOTAL FEES ALLOWED:   | $2,759.20 | TOTAL COSTS ALLOWED:   | $9.94 |

**TOTAL FEES AND COSTS ALLOWED: $2,769.14**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)   **Unreasonable Time**

The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). *See also In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: November 12, 2014

_____
Eugene R. Wedoff
United States Bankruptcy Judge

3/26/2014                Alan D. Lasko & Associates, P.C.
1:27 PM                  Pre-bill Worksheet                              Page    7

| | |
|---|---|
| Nickname | Michael Carpen.012 \| 4029 |
| Full Name | Michael's Carpentry, Inc. |
| Address | c/o Ronald R. Peterson, Trustee |
| | 353 N. Clark Street |
| | Chcago IL 60654 |
| Phone 1 |      Phone 2 |
| Phone 3 |      Phone 4 |
| In Ref To | fee petition |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 3/4/2013 |
| Last charge | 3/26/2014 |
| Last payment | 8/15/2013     Amount    $234.00 |

| Date<br>ID | User<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 3/26/2014<br>124400 | C. Wilson<br>800<br>Prepared fee petition. | 62.00 | 1.00<br>.30 | 62.00<br>18.6 | Billable |
| 3/26/2014<br>124414 | A. Lasko<br>800<br>prepared fee petition | 278.00 | 0.20 | 55.60 | Billable |
| TOTAL | Billable Fees | | (2) 1.20 | | $117.60 |

*[handwritten: 14.5 hours of billable time not related to fee application/billing. 3% of 14.5 = .435 hrs. Allow .5 hours for billing.]*

Total of billable expense slips                                              $0.00

Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable time slips | $117.60 | |
| Total of Fees (Time Charges) | | $117.60 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $117.60 |
| Previous Balance<br>120 Days<br>Total Previous Balance | $234.00 | $234.00 |

*[handwritten bottom right: -43.40]*