# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: §
§
MICHAELS CARPENTRY, INC. §  Case No. 11-46642 DLT
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/17/2011. The undersigned trustee was appointed on 11/17/2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $       12,227.83

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 5,381.32 |
| Bank service fees | 463.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 6,382.77 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 01/15/2013 and the deadline for filing governmental claims was 01/15/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,972.78 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,972.78 , for a total compensation of $ 1,972.78 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 19.24 , for total expenses of $ 19.24 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2015　　　　　　　　　　By: /s/RONALD R. PETERSON
　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-46642 | Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | MICHAELS CARPENTRY, INC. | | Date Filed (f) or Converted (c): | 11/17/11 (f) |
| | | | 341(a) Meeting Date: | 12/19/11 |
| For Period Ending: | 11/04/15 | | Claims Bar Date: | 01/15/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account xxx8333, North Community Bank, 32 | 3,671.63 | 3,671.63 | | 3,671.63 | FA |
| 2. Unpaid funds subject to claim of set-off due on co | 39,083.60 | 39,083.60 | | 0.00 | FA |
| 3. 1999 Chevy Grumman cargo van | 3,000.00 | 3,000.00 | | 8,500.00 | FA |
| 4. Printer | 10.00 | 10.00 | | 0.00 | FA |
| 5. Cordless drill | 100.00 | 100.00 | | 0.00 | FA |
| 6. Sawzall | 75.00 | 75.00 | | 0.00 | FA |
| 7. Digging shovels | 75.00 | 75.00 | | 0.00 | FA |
| 8. Worm drive saw | 100.00 | 100.00 | | 0.00 | FA |
| 9. Levels | 75.00 | 75.00 | | 0.00 | FA |
| 10. Belt sander | 25.00 | 25.00 | | 0.00 | FA |
| 11. Tax refund (u) | 0.00 | 50.00 | | 56.20 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $46,215.23 | $46,265.23 | $12,227.83 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 11-46642    Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | Date Filed (f) or Converted (c): | 11/17/11 (f) |
| | | 341(a) Meeting Date: | 12/19/11 |
| | | Claims Bar Date: | 01/15/13 |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 24, 2015, 01:19 pm:  I am in the process of reviewing claims.  I expect that the TFR will be filed in mid-May.

April 18, 2014, 10:50 a.m.:  The case is in closing.   I shall file the TFR in the second half of 2014.

April 29, 2013, 08:48 am Lasko fighting with I.R.S. over tax penalties.  Won't know outcome to this summer.

February 17, 2012.  The Debtor bought a Chevrolet Van and tools of trade from the estate.  The estate's accountant is working on federal tax returns.


Initial Projected Date of Final Report (TFR): 01/02/13     Current Projected Date of Final Report (TFR): 11/30/15


     /s/     RONALD R. PETERSON
_____  Date: 11/04/15
     RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-46642 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8562 Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 11/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 12,080.40 | | 12,080.40 |
| 09/12/12 | 030001 | Illinois Department of Revenue | State Taxes | 2820-000 | | 1,088.00 | 10,992.40 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.20 | 10,985.20 |
| 10/19/12 | 11 | Illinois Department of Revenue | tax refund | 1224-000 | 56.20 | | 11,041.40 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.01 | 11,034.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.80 | 11,027.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.03 | 11,020.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.38 | 11,004.18 |
| 02/20/13 | 030002 | Illinois Department of Revenue P.O. Box 19053 Springfield, Il 62794-9053 | Corporate Replacement 2012 State Tax 36-3741484 | 2820-000 | | 125.00 | 10,879.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.76 | 10,864.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.15 | 10,848.27 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.61 | 10,832.66 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.11 | 10,816.55 |

Page Subtotals      12,136.60      1,320.05

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 11-46642 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | MICHAELS CARPENTRY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8562  Checking Account |
| Taxpayer ID No: | *******1484 | | |
| For Period Ending: | 11/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.56 | 10,800.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.06 | 10,784.93 |
| 08/14/13 | 030003 | Alan D. Lasko & Assoc. | Professional Fees<br>Fee Application Allowances<br>    Fees         2,558.60        3410-000<br>    Expenses        19.40        3420-000 | | | 2,578.00 | 8,206.93 |
| 08/14/13 | 030004 | Alan Lasko | Professional Fees<br>Fee Application Allowances<br>    Fees         1,578.10        3410-000<br>    Expenses        12.22        3420-000 | | | 1,590.32 | 6,616.61 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.84 | 6,602.77 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,592.77 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,582.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,572.77 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,562.77 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,552.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,542.77 |

Page Subtotals        0.00        4,273.78

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-46642 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8562  Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 11/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,532.77 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,522.77 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,512.77 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,502.77 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,492.77 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,482.77 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,472.77 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,462.77 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,452.77 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,442.77 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,432.77 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,422.77 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,412.77 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,402.77 |

Page Subtotals       0.00       140.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 11-46642 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | MICHAELS CARPENTRY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8562 Checking Account |
| Taxpayer ID No: | *******1484 | | |
| For Period Ending: | 11/04/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,392.77 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,382.77 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,136.60 | 5,753.83 | 6,382.77 |
| Less: Bank Transfers/CD's | 12,080.40 | 0.00 | |
| Subtotal | 56.20 | 5,753.83 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 56.20 | 5,753.83 | |

Page Subtotals    0.00    20.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5
Exhibit B

| Case No: | 11-46642 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9412 BofA - Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 11/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/11 | 1 | Michael's Carpentry Inc. | Bank Account | 1129-000 | 3,671.63 | | 3,671.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.82 | 3,666.81 |
| 02/17/12 | 3 | Michael Coletto, Jr | Auto Sale | 1129-000 | 8,500.00 | | 12,166.81 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.39 | 12,160.42 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.95 | 12,145.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.43 | 12,130.04 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.41 | 12,114.63 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.40 | 12,100.23 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.87 | 12,084.36 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 3.96 | 12,080.40 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,080.40 | 0.00 |

Page Subtotals    12,171.63    12,171.63

FORM 2 Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit B

| Case No: | 11-46642 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9412 BofA - Checking Account |
| Taxpayer ID No: | *******1484 | | | |
| For Period Ending: | 11/04/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 12,171.63 | 12,171.63 | 0.00 |
| | | Less: Bank Transfers/CD's | | 0.00 | 12,080.40 | |
| | | Subtotal | | 12,171.63 | 91.23 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 12,171.63 | 91.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8562 | 56.20 | 5,753.83 | 6,382.77 |
| BofA - Checking Account - ********9412 | 12,171.63 | 91.23 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 12,227.83 | 5,845.06 | 6,382.77 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*   Ver: 19.00
LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 04, 2015 |

Case Number: 11-46642  
Debtor Name: MICHAELS CARPENTRY, INC.  
Claims Bar Date: 01/15/13

Claim Class, Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000010<br>001<br>2100-00 | RONALD R. PETERSON, CHAPTER 7 TRUSTEE<br>C/O JENNER & BLOCK LLP<br>353 NORTH CLARK STREET<br>CHICAGO, IL  60654-3456 | Administrative | | $0.00 | $1,972.78 | $1,972.78 |
| 000011<br>001<br>2200-00 | RONALD R. PETERSON, CHAPTER 7 TRUSTEE<br>C/O JENNER & BLOCK LLP<br>353 NORTH CLARK STREET<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $19.24 | $19.24 |
| 000001<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | Filed 03/15/12 | $0.00 | $6,783.03 | $6,783.03 |
| 000002<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | Filed 03/15/12 | $0.00 | $7,098.14 | $7,098.14 |
| 000003<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 04/27/12<br>(3-1) CREDIT CARD DEBT | $0.00 | $239.61 | $239.61 |
| 000004<br>070<br>7100-00 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Unsecured | Filed 05/07/12<br>(4-1) Modified on 5/8/2012 to correct creditor's name (KS) | $0.00 | $282.61 | $282.61 |
| 000005<br>070<br>7100-00 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069 | Unsecured | Filed 05/17/12 | $0.00 | $5,907.00 | $5,907.00 |
| 000006<br>070<br>7100-00 | Sara Kurensky and Steve Philoon<br>1636 Elmwood<br>Wilmette, IL 60091 | Unsecured | Filed 05/21/12 | $0.00 | $88,466.65 | $88,466.65 |
| 000007<br>070<br>7100-00 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069<br>[WITHDRAWN] | Unsecured<br>[WITHDRAWN] | Filed 12/13/12 | $0.00 | $5,907.00 | $0.00 |
| 000008<br>070<br>7100-00 | Carpenters Millwork<br>16046 Vandustrial Ln.<br>South Holland, IL 60473 | Unsecured | Filed 12/17/12 | $0.00 | $8,901.72 | $8,901.72 |
| 000009<br>070<br>7100-00 | Sara Kurensky and Steve Philoon<br>1636 Elmwood Ave<br>Wilmette,IL 60091<br>[WITHDRAWN] | Unsecured<br>[WITHDRAWN] | Filed 01/14/13 | $0.00 | $88,466.65 | $0.00 |

| | | EXHIBIT C | | |
|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | Date: November 04, 2015 |

Case Number:   11-46642  
Debtor Name:   MICHAELS CARPENTRY, INC.

Claim Class, Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $214,044.43 | $119,670.78 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-46642 DLT
Case Name: MICHAELS CARPENTRY, INC.
Trustee Name: RONALD R. PETERSON

Balance on hand $ 6,382.77

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,972.78 | $ 0.00 | $ 1,972.78 |
| Trustee Expenses: RONALD R. PETERSON | $ 19.24 | $ 0.00 | $ 19.24 |

Total to be paid for chapter 7 administrative expenses    $    1,992.02

Remaining Balance    $    4,390.75

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,678.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 6,783.03 | $ 0.00 | $ 253.08 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 7,098.14 | $ 0.00 | $ 264.84 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 239.61 | $ 0.00 | $ 8.94 |
| 000004 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | $ 282.61 | $ 0.00 | $ 10.54 |
| 000005 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069 | $ 5,907.00 | $ 0.00 | $ 220.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Sara Kurensky and Steve Philoon<br>1636 Elmwood<br>Wilmette, IL 60091 | $ 88,466.65 | $ 0.00 | $ 3,300.81 |
| 000007 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069<br>[WITHDRAWN] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Carpenters Millwork<br>16046 Vandustrial Ln.<br>South Holland, IL 60473 | $ 8,901.72 | $ 0.00 | $ 332.14 |
| 000009 | Sara Kurensky and Steve Philoon<br>1636 Elmwood Ave<br>Wilmette,IL 60091<br>[WITHDRAWN] | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,390.75 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE