UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                             §
                                   §
MICHAELS CARPENTRY, INC.           §        Case No. 11-46642 DLT
                                   §
           Debtor                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          KENNETH S. GARDNER
          219 S. Dearborn St.
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 12/09/2015 in Courtroom 613,
          UNITED STATES BANKRUPTCY COURT
          219 S. Dearborn St.
          Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/05/2015                By: UNITED STATES BANKRUPTCY
                                           COURT
                                                                   Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
MICHAELS CARPENTRY, INC.            §    Case No. 11-46642 DLT
                                    §
            Debtor                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,227.83 |
| and approved disbursements of | $ 5,845.06 |
| leaving a balance on hand of[1] | $ 6,382.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,972.78 | $ 0.00 | $ 1,972.78 |
| Trustee Expenses: RONALD R. PETERSON | $ 19.24 | $ 0.00 | $ 19.24 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,992.02 |
| Remaining Balance | $ 4,390.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 117,678.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 6,783.03 | $ 0.00 | $ 253.08 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ 7,098.14 | $ 0.00 | $ 264.84 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 239.61 | $ 0.00 | $ 8.94 |
| 000004 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | $ 282.61 | $ 0.00 | $ 10.54 |
| 000005 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069 | $ 5,907.00 | $ 0.00 | $ 220.40 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Sara Kurensky and Steve Philoon<br>1636 Elmwood<br>Wilmette, IL 60091 | $ 88,466.65 | $ 0.00 | $ 3,300.81 |
| 000007 | Barton Osher & Assoc.<br>300 Village Green Dr., Suite 214<br>Lincolnshire, IL 60069<br>[WITHDRAWN] | $ 0.00 | $ 0.00 | $ 0.00 |
| 000008 | Carpenters Millwork<br>16046 Vandustrial Ln.<br>South Holland, IL 60473 | $ 8,901.72 | $ 0.00 | $ 332.14 |
| 000009 | Sara Kurensky and Steve Philoon<br>1636 Elmwood Ave<br>Wilmette,IL 60091<br>[WITHDRAWN] | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,390.75 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael's Carpentry, Inc.  
    Debtor

Case No. 11-46642-DLT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: corrinal     Page 1 of 2     Date Rcvd: Nov 06, 2015  
                   Form ID: pdf006     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2015.

```
db            #+Michael's Carpentry, Inc.,    1621 Walnut Ave.,    Wilmette, IL 60091-1544
aty           #+Alan D Lasko,    Alan D Lasko & Associates Pc,    29 South Lasalle Street,
                Chicago, IL 60603-1522
18065455        Alexander Lumber,    4001 Country Club Rd.,    PO Box 2307,    Crystal Lake, IL 60039-2307
18128830        American Express Bank FSB,    c/o Gilbert B. Weisman,    Becket and Lee LLP,    POB 3001,
                Malvern  PA 19355-0701
18834087        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
18065458        Bank of America 0922,    PO Box 851001,    Dallas, TX 75285-1001
18065459        Bank of America 1090,    PO Box 851001,    Dallas, TX 75285-1001
18065460       +Barton Osher & Assoc.,    300 Village Green Dr., Suite 214,    Lincolnshire, IL 60069-3086
18065461        Capitol One 4008,    PO Box 85167,    Richmond, VA 23285-5167
18065462        Capitol One 4571,    PO Box 30285,    Salt Lake City, UT 84130-0285
18065463        Capitol One 8952,    PO Box 85167,    Richmond, VA 23285-5167
18065464       +Carpenters Millwork,    16046 Vandustrial Ln.,    South Holland, IL 60473-1255
18065465        Chase 0223,    PO Box 15153,    Wilmington, DE 19886-5153
18065466        Chase 2355,    PO Box 15153,    Wilmington, DE 19886-5153
18065467       +Dalia,    9946 Crawford Ave.,    Skokie, IL 60076-1108
18065469       +Evanston Lumber,    1001 Sherman Ave.,    Evanston, IL 60202-1322
18065470        Firestone,    Credit First N.A., PO Box 81344,    Cleveland, OH 44188-0344
18065471        Home Depot 6155,    Processing Center,    Des Moines, IA 50364-0500
18065472        Home Depot 9527,    PO Box 183175,    Columbus, OH 43218-3175
18065473       +Hoving Pit Stop,    2351 Powis Rd.,    West Chicago, IL 60185-1013
18065474        Idelwood Electric,    114 Skokie Valley Rd.,,   Highland Park, IL 60035-4495
18065475       +K. Hoving,    2351 Powis Rd.,    West Chicago, IL 60185-1013
18065476        Menards,    HSBC Retail Services, PO Box 17602,    Baltimore, MD 21297-1602
18065477       +Millens Hardware,    1219 Wilmette  Ave.,    Wilmette, IL 60091-2557
18065478       +Sara Kurensky and Steve Philoon,    1636 Elmwood,    Wilmette, IL 60091-1554
19919279       +Sara Kurensky and Steve Philoon,    1636 Elmwood Ave,    Wilmette,IL 60091-1554
18065479        Shell,    PO Box 183018,    Columbus, OH 43218-3018
18065480       +Skokie Millwork,    8108 Lawndale Ave.,    Skokie, IL 60076-3322
18065481       +Standard Lumber,    1912 Lehigh,    Glenview, IL 60026-1618
18065482       +Steve Philoon,    1636 Elmwood,    Wilmette, IL 60091-1554
18065483       +Veolia,    2800 Shermer Rd.,    Northbrook, IL 60062-7711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18065456        E-mail/Text: g17768@att.com Nov 06 2015 19:02:27     AT & T,    P.O. Box 8100,
                Aurora, IL 60507-8100
18065457        E-mail/Text: g17768@att.com Nov 06 2015 19:02:27     At&t,    PO Box 5080,
                Carol Stream, IL 60197-5080
18627454        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 06 2015 19:11:37
                Capital One Bank (USA), N.A.,    PO Box 248839,    Oklahoma City, OK  73124-8839
18879549       +E-mail/Text: g17768@att.com Nov 06 2015 19:02:27     Illinois Bell Telephone Company,
                % AT&T Services, Inc,    James Grudus, Esq.,    One AT&T Way, Room 3A218,
                Bedminster, NJ 07921-2693
19919279       +E-mail/Text: kurloon@sbcglobal.net Nov 06 2015 19:04:06     Sara Kurensky and Steve Philoon,
                1636 Elmwood Ave,    Wilmette,IL 60091-1554
18065478       +E-mail/Text: kurloon@sbcglobal.net Nov 06 2015 19:04:06     Sara Kurensky and Steve Philoon,
                1636 Elmwood,    Wilmette, IL 60091-1554
18065482       +E-mail/Text: kurloon@sbcglobal.net Nov 06 2015 19:04:06     Steve Philoon,    1636 Elmwood,
                Wilmette, IL 60091-1554
                                                                                              TOTAL: 7
```

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
aty             Alan D Lasko & Associates PC
20311660*       Capital One Bank (USA), N.A.,    PO Box 248839,    Oklahoma City, OK 73124-8839
20311662*       Capital One Bank (USA), N.A.,    PO Box 248839,    Oklahoma City, OK 73124-8839
18065468     ##+Driven Fence,    PO Box 2975,    Northlake, IL 60164-7975
                                                                        TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: corrinal                Page 2 of 2                    Date Rcvd: Nov 06, 2015
                               Form ID: pdf006               Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              Joseph A Baldi    on behalf of Debtor   Michael's Carpentry, Inc. jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald  Peterson    on behalf of Trustee Ronald R Peterson rpeterson@jenner.com,
               lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 4
```