# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAELS CARPENTRY, INC. | § | Case No. 11-46642 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

| | |
|---|---|
| Assets Abandoned: 39,543.60 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 4,390.75 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 7,837.08 | |

---

3) Total gross receipts of $ 12,227.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 12,227.83 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 7,856.32 | 7,856.32 | 7,837.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,387.91 | 212,570.33 | 118,196.68 | 4,390.75 |
| **TOTAL DISBURSEMENTS** | $ 134,387.91 | $ 220,426.65 | $ 126,053.00 | $ 12,227.83 |

4) This case was originally filed under chapter 7 on 11/17/2011. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/26/2016          By:/s/RONALD R. PETERSON
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1999 Chevy Grumman cargo van | 1129-000 | 8,500.00 |
| Checking account xxx8333, North Community Bank, 32 | 1129-000 | 3,671.63 |
| Tax refund | 1224-000 | 56.20 |
| **TOTAL GROSS RECEIPTS** | | **$ 12,227.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHAPTER 7 TRUST RONALD R. PETERSON | 2100-000 | NA | 0.00 | 0.00 | 0.00 |
| RONALD R. PETERSON | 2100-000 | NA | 1,972.78 | 1,972.78 | 1,972.78 |
| CHAPTER 7 TRUST RONALD R. PETERSON | 2200-000 | NA | 19.24 | 19.24 | 0.00 |
| RONALD R. PETERSON | 2200-000 | NA | 19.24 | 19.24 | 19.24 |
| ASSOCIATED BANK | 2600-000 | NA | 372.51 | 372.51 | 372.51 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 91.23 | 91.23 | 91.23 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | NA | 1,213.00 | 1,213.00 | 1,213.00 |
| ALAN D. LASKO & ASSOC. | 3410-000 | NA | 2,558.60 | 2,558.60 | 2,558.60 |
| ALAN LASKO | 3410-000 | NA | 1,578.10 | 1,578.10 | 1,578.10 |
| ALAN D. LASKO & ASSOC. | 3420-000 | NA | 19.40 | 19.40 | 19.40 |
| ALAN LASKO | 3420-000 | NA | 12.22 | 12.22 | 12.22 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 7,856.32 | $ 7,856.32 | $ 7,837.08 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alexander Lumber 4001 Country Club Rd., PO Box 2307 Crystal Lake, IL 60039-2307 | | 10,252.15 | NA | NA | 0.00 |
| | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | 0.00 | NA | NA | 0.00 |
| | At&t PO Box 5080 Carol Stream, IL 60197-5080 | | 224.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America 0922 PO Box 851001 Dallas, TX 75285-1001 | | 27,551.02 | NA | NA | 0.00 |
| | Bank of America 1090 PO Box 851001 Dallas, TX 75285-1001 | | 11,526.09 | NA | NA | 0.00 |
| | Barton Osher & Assoc. 300 Village Green Dr., Suite 214 Lincolnshire, IL 60069 | | 1,012.00 | NA | NA | 0.00 |
| | Capitol One 4008 PO Box 85167 Richmond, VA 23285-5167 | | 6,985.31 | NA | NA | 0.00 |
| | Capitol One 4571 PO Box 30285 Salt Lake City, UT 84130-0285 | | 6,564.80 | NA | NA | 0.00 |
| | Capitol One 8952 PO Box 85167 Richmond, VA 23285-5167 | | 10,335.02 | NA | NA | 0.00 |
| | Carpenters Millwork 16046 Vandustrial Ln. South Holland, IL 60473 | | 8,514.73 | NA | NA | 0.00 |
| | Chase 0223 PO Box 15153 Wilmington, DE 19886-5153 | | 120.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 2355 PO Box 15153 Wilmington, DE 19886-5153 | | 18,068.53 | NA | NA | 0.00 |
| | Dalia 9946 Crawford Ave. Skokie, IL 60076 | | 406.85 | NA | NA | 0.00 |
| | Driven Fence PO Box 2975 Northlake, IL 60164-2975 | | 600.00 | NA | NA | 0.00 |
| | Evanston Lumber 1001 Sherman Ave. Evanston, IL 60202 | | 13,656.05 | NA | NA | 0.00 |
| | Firestone Credit First N.A., PO Box 81344 Cleveland, OH 44188-0344 | | 2,207.98 | NA | NA | 0.00 |
| | Home Depot 6155 Processing Center Des Moines, IA 50364-0500 | | 6,385.67 | NA | NA | 0.00 |
| | Home Depot 9527 PO Box 183175 Columbus, OH 43218-3175 | | 405.33 | NA | NA | 0.00 |
| | Hoving Pit Stop 2351 Powis Rd. West Chicago, IL 60185 | | 244.68 | NA | NA | 0.00 |
| | Idelwood Electric 114 Skokie Valley Rd., Highland Park, IL 60035-4495 | | 340.32 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | K. Hoving 2351 Powis Rd. West Chicago, IL 60185 | | 517.01 | NA | NA | 0.00 |
| | Menards HSBC Retail Services, PO Box 17602 Baltimore, MD 21297-1602 | | 572.57 | NA | NA | 0.00 |
| | Millens Hardware 1219 Wilmette Ave. Wilmette, IL 60091 | | 2,585.43 | NA | NA | 0.00 |
| | Sara Kurensky 1636 Elmwood Wilmette, IL 60091 | | 0.00 | NA | NA | 0.00 |
| | Shell PO Box 183018 Columbus, OH 43218-3018 | | 2,174.67 | NA | NA | 0.00 |
| | Skokie Millwork 8108 Lawndale Ave. Skokie, IL 60076 | | 852.82 | NA | NA | 0.00 |
| | Standard Lumber 1912 Lehigh Glenview, IL 60026 | | 1,461.56 | NA | NA | 0.00 |
| | Steve Philoon 1636 Elmwood Wilmette, IL 60091 | | 0.00 | NA | NA | 0.00 |
| | Veolia 2800 Shermer Rd. Northbrook, IL 60062 | | 822.35 | NA | NA | 0.00 |
| | American InfoSource | 7100-000 | NA | 517.92 | 517.92 | 517.92 |

Case 11-46642    Doc 39    Filed 10/12/16    Entered 10/12/16 15:21:00    Desc Main
                    Document      Page 9 of 18

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | BARTON OSHER & ASSOC. | 7100-000 | NA | 5,907.00 | 5,907.00 | 220.40 |
| 7 | BARTON OSHER & ASSOC. | 7100-000 | NA | 5,907.00 | 0.00 | 0.00 |
| 8 | CARPENTERS MILLWORK | 7100-000 | NA | 8,901.72 | 8,901.72 | 332.14 |
| 4 | ILLINOIS BELL TELEPHONE COMPANY | 7100-000 | NA | 282.61 | 282.61 | 10.54 |
| 6 | SARA KURENSKY AND STEVE PHILOON | 7100-000 | NA | 88,466.65 | 88,466.65 | 3,300.81 |
| 9 | SARA KURENSKY AND STEVE PHILOON | 7100-000 | NA | 88,466.65 | 0.00 | 0.00 |
| 3 | AMERICAN EXPRESS BANK, FSB | 7100-900 | NA | 239.61 | 239.61 | 8.94 |
| 1 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 6,783.03 | 6,783.03 | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | NA | 7,098.14 | 7,098.14 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 134,387.91 | $ 212,570.33 | $ 118,196.68 | $ 4,390.75 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-46642 | ERW | Judge: | Eugene R. Wedoff | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | | | | Date Filed (f) or Converted (c): | 11/17/2011 (f) |
| | | | | | 341(a) Meeting Date: | 12/19/2011 |
| For Period Ending: | 09/26/2016 | | | | Claims Bar Date: | 01/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account xxx8333, North Community Bank, 32 | 3,671.63 | 3,671.63 | | 3,671.63 | FA |
| 2. Unpaid funds subject to claim of set-off due on co | 39,083.60 | 39,083.60 | | 0.00 | FA |
| 3. 1999 Chevy Grumman cargo van | 3,000.00 | 3,000.00 | | 8,500.00 | FA |
| 4. Printer | 10.00 | 10.00 | | 0.00 | FA |
| 5. Cordless drill | 100.00 | 100.00 | | 0.00 | FA |
| 6. Sawzall | 75.00 | 75.00 | | 0.00 | FA |
| 7. Digging shovels | 75.00 | 75.00 | | 0.00 | FA |
| 8. Worm drive saw | 100.00 | 100.00 | | 0.00 | FA |
| 9. Levels | 75.00 | 75.00 | | 0.00 | FA |
| 10. Belt sander | 25.00 | 25.00 | | 0.00 | FA |
| 11. Tax refund (u) | 0.00 | 50.00 | | 56.20 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $46,215.23        $46,265.23                $12,227.83        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 25, 2016.  I have a staff attorney looking for the one missing creditor who has not cashed its check.

April 24, 2015, 01:19 pm:  I am in the process of reviewing claims.  I expect that the TFR will be filed in mid-May.

April 18, 2014, 10:50 a.m.:  The case is in closing.  I shall file the TFR in the second half of 2014.

April 29, 2013, 08:48 am Lasko fighting with I.R.S. over tax penalties.  Won't know outcome to this summer.

February 17, 2012.  The Debtor bought a Chevrolet Van and tools of trade from the estate.  The estate's accountant is working on federal tax returns.

Initial Projected Date of Final Report (TFR): 01/02/2013    Current Projected Date of Final Report (TFR): 11/30/2015

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-46642 | Trustee Name: RONALD R. PETERSON |
| Case Name: MICHAELS CARPENTRY, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8562 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1484 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | $12,080.40 | | $12,080.40 |
| 09/12/12 | 30001 | ILLINOIS DEPARTMENT OF REVENUE | State Taxes | 2820-000 | | $1,088.00 | $10,992.40 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $7.20 | $10,985.20 |
| 10/19/12 | 11 | ILLINOIS DEPARTMENT OF REVENUE | tax refund | 1224-000 | $56.20 | | $11,041.40 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $7.01 | $11,034.39 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $6.80 | $11,027.59 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $7.03 | $11,020.56 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.38 | $11,004.18 |
| 02/20/13 | 30002 | ILLINOIS DEPARTMENT OF REVENUE P.O. Box 19053Springfield, Il 62794-9053 | Corporate Replacement 2012 State Tax 36-3741484 | 2820-000 | | $125.00 | $10,879.18 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $14.76 | $10,864.42 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.15 | $10,848.27 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.61 | $10,832.66 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.11 | $10,816.55 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $15.56 | $10,800.99 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $16.06 | $10,784.93 |
| 08/14/13 | 30003 | ALAN D. LASKO & ASSOC. | Professional Fees Fee Application Allowances | | | $2,578.00 | $8,206.93 |
| | | ALAN D. LASKO & ASSOC. | Professional Fees ($2,558.60) | 3410-000 | | | |

Page Subtotals: $12,136.60 $3,929.67

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 11-46642 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | MICHAELS CARPENTRY, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8562 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1484 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO & ASSOC. | Professional Fees ($19.40) | 3420-000 | | | |
| 08/14/13 | 30004 | ALAN LASKO | Professional Fees Fee Application Allowances | | | $1,590.32 | $6,616.61 |
| | | ALAN LASKO | Professional Fees ($1,578.10) | 3410-000 | | | |
| | | ALAN LASKO | Professional Fees ($12.22) | 3420-000 | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.84 | $6,602.77 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,592.77 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,582.77 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,572.77 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,562.77 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,552.77 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,542.77 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,532.77 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,522.77 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,512.77 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,502.77 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,492.77 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,482.77 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,472.77 |

Page Subtotals: $0.00 $1,734.16

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 11-46642 | Trustee Name: RONALD R. PETERSON |
| Case Name: MICHAELS CARPENTRY, INC. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX8562 |
| | Checking Account |
| Taxpayer ID No: XX-XXX1484 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,462.77 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,452.77 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,442.77 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,432.77 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,422.77 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,412.77 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,402.77 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,392.77 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | $6,382.77 |
| 12/11/15 | 30005 | RONALD R. PETERSON chikcapter 7 Trusteeco/ Jenner & Block ILLP353 North Clark Streetchicago, Il 60654-3456 | Trustee's compensation | 2100-000 | | $1,972.78 | $4,409.99 |
| 12/11/15 | 30006 | RONALD R. PETERSON Chapter 7 TrusteeC/O Jenner & Block LLP353 North Clark StreetChicago, Il 60654-3456 | Trustee Expenses | 2200-000 | | $19.24 | $4,390.75 |
| 12/11/15 | 30007 | ILLINOIS BELL TELEPHONE COMPANY % AT&T Services, IncJames Grudus, Esq.One AT&T Way, Room 3A218Bedminster, NJ 07921 | | 7100-000 | | $10.54 | $4,380.21 |
| 12/11/15 | 30008 | BARTON OSHER & ASSOC. 300 Village Green Dr., Suite 214Lincolnshire, IL 60069 | | 7100-000 | | $220.40 | $4,159.81 |
| 12/11/15 | 30009 | SARA KURENSKY AND STEVE PHILOON 1636 ElmwoodWilmette, IL 60091 | | 7100-000 | | $3,300.81 | $859.00 |

| | Page Subtotals: | $0.00 | $5,613.77 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-46642 | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | MICHAELS CARPENTRY, INC. | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX8562 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1484 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/26/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/15 | 30010 | CARPENTERS MILLWORK<br>16046 Vandustrial Ln.South Holland, IL 60473 | | 7100-000 | | $332.14 | $526.86 |
| 12/11/15 | 30011 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839Oklahoma City, OK 73124-8839 | | 7100-900 | | $253.08 | $273.78 |
| 12/11/15 | 30012 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839Oklahoma City, OK 73124-8839 | | 7100-900 | | $264.84 | $8.94 |
| 12/11/15 | 30013 | AMERICAN EXPRESS BANK, FSB<br>c o Becket and Lee LLPPOB 3001Malvern, PA 19355-0701 | | 7100-900 | | $8.94 | $0.00 |
| 03/25/16 | 30011 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839Oklahoma City, OK 73124-8839 | Reversal | 7100-900 | | ($253.08) | $253.08 |
| 03/25/16 | 30012 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 248839Oklahoma City, OK 73124-8839 | Reversal | 7100-900 | | ($264.84) | $517.92 |
| 08/17/16 | 30014 | American InfoSource<br>Attn: Rachel Looney<br>Bankruptcy Analyst<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | Distribution to Creditors<br>This was a check originally sent to Capital One Bank and the check was returned. I was contacted by Infosource who informed me they had bought the bad paper. | 7100-000 | | $264.84 | $253.08 |
| 08/17/16 | 30015 | American InfoSource<br>Attn Rachel Looney<br>Bankurptcy Analyst<br>4515 N. Santa Fe Ave<br>Oklahoma City, OK 73118 | Credit for Assessment Proration<br>This was a check originally sent to Capital One Bank and the check was returned. I was contacted by Infosource who informed me they had bought the bad paper. | 7100-000 | | $253.08 | $0.00 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $12,136.60 | $12,136.60 |
| Less: Bank Transfers/CD's | $12,080.40 | $0.00 |
| Subtotal | $56.20 | $12,136.60 |
| Page Subtotals: | $0.00 | $859.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $56.20 | $12,136.60 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-46642 | Trustee Name: RONALD R. PETERSON |
| Case Name: MICHAELS CARPENTRY, INC. | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9412 |
| | BofA - Checking Account |
| Taxpayer ID No: XX-XXX1484 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/26/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/11 | 1 | MICHAEL'S CARPENTRY INC. | Bank Account | 1129-000 | $3,671.63 | | $3,671.63 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $4.82 | $3,666.81 |
| 02/17/12 | 3 | MICHAEL COLETTO, JR | Auto Sale | 1129-000 | $8,500.00 | | $12,166.81 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $6.39 | $12,160.42 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $14.95 | $12,145.47 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $15.43 | $12,130.04 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $15.41 | $12,114.63 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $14.40 | $12,100.23 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $15.87 | $12,084.36 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET9TH FLOORDALLAS, TX 75283 | BANK FEES | 2600-000 | | $3.96 | $12,080.40 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | $12,080.40 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,171.63 | $12,171.63 |
| Less: Bank Transfers/CD's | $0.00 | $12,080.40 |
| Subtotal | $12,171.63 | $91.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,171.63 | $91.23 |

Page Subtotals: $12,171.63 $12,171.63

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8562 - Checking Account | $56.20 | $12,136.60 | $0.00 |
| XXXXXX9412 - BofA - Checking Account | $12,171.63 | $91.23 | $0.00 |
| | $12,227.83 | $12,227.83 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $12,227.83 |
| Total Gross Receipts: | $12,227.83 |

Page Subtotals: $0.00    $0.00